**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON C. PIERCE, | |
| Plaintiff, | No. C 09-02713 JSW |
| v. | |
| MICHAEL J. ASTRUE, | **ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| Defendant. | |

IT IS ORDERED that the application to proceeds *in forma pauperis* is GRANTED and hat the Clerk shall issue the summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: July 6, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE