IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON C. PIERCE, | |
| Plaintiff, | No. C 09-02713 JSW |
| v. | |
| MICHAEL J. ASTRUE, | **ORDER RE RELATEDNESS OF CASES** |
| Defendant. | |

Plaintiff has filed a notice of related cases, indicating that this matter is related to an earlier case, *Pierce v. Barnhart*, Case No. C 00-0742 BZ. Although Judge Zimmerman had denied the administrative motion to relate the cases in his low-numbered case, this Court would find good cause to transfer this matter should Defendant consent to this matter being heard by Judge Zimmerman. By no later than January 29, 2010, Defendant shall file a notice whether he will or will not consent to the transfer of this matter to Magistrate Judge Zimmerman.

**IT IS SO ORDERED.**

Dated: January 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE