JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE, CSBN 197086
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: michael.cabotaje@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON C. PIERCE, ) | CIVIL NO. 3:09-CV-02713-JSW |
|     Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE |
|         v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 18) be extended from February 12, 2010, to March 14, 2010.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter as, due to workloads, this case was recently assigned to a new attorney.

///

///

///

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: February 2, 2010 | */s/ Ian M. Sammis*<br>(* As authorized via fax dated February 2, 2010) |
| 3 |   | IAN M. SAMMIS<br>Attorney for Plaintiff |

Dated: February 2, 2010        JOSEPH P. RUSSONIELLO

United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 3, 2010        _____
                               THE HONORABLE JEFFREY S. WHITE
                               United States District Judge