1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE, CSBN 197086
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8957
      Facsimile: (415) 744-0134
7     E-Mail: michael.cabotaje@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  ALLISON C. PIERCE,            )   CIVIL NO. 3:09-CV-02713-JSW
                                  )
14         Plaintiff,              )   STIPULATION AND ~~PROPOSED~~ ORDER
                                  )   TO EXTEND TIME TO FILE
15         v.                      )
                                  )
16  MICHAEL J. ASTRUE,            )
    Commissioner of               )
17  Social Security,              )
                                  )
18         Defendant.             )
    _____)

19

20         The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21  Motion for Summary Judgment (Doc. # 18) be extended from February 12, 2010, to March 14, 2010.

22         This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

23  Defendant needs the additional time to further review the file and prepare a response in this matter as,

24  due to workloads, this case was recently assigned to a new attorney.

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

Dated: February 2, 2010  */s/ Ian M. Sammis*\*
(\* As authorized via fax dated February 2, 2010)
IAN M. SAMMIS
Attorney for Plaintiff

Dated: February 2, 2010  JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 3, 2010  _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

2