JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE, CSBN 197086
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: michael.cabotaje@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON C. PIERCE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:09-CV-02713-JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE |

      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 18) be extended from March 14, 2010, to April 13, 2010.

      This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter as the attorney assigned to this case will unexpectedly be in training from March 15 to March 19, in addition to the large workload of the attorney.

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 10, 2010 | */s/ Ian M. Sammis\** <br> (* As authorized via fax dated March 10, 2010) <br> IAN M. SAMMIS <br> Attorney for Plaintiff |
| Dated: March 10, 2010 | JOSEPH P. RUSSONIELLO <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
|   | */s/ Michael A. Cabotaje* <br> MICHAEL A. CABOTAJE <br> Special Assistant U.S. Attorney |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This will be the final extension of time to respond.

Dated: __March 11, 2010__           _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    United States District Judge