```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE, CSBN 197086
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8984
       Facsimile: (415) 744-0134
7      E-Mail: michael.cabotaje@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON C. PIERCE, | CIVIL NO. 3:09-CV-02713-JSW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 18) be extended from March 14, 2010, to April 13, 2010.

This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter as the attorney assigned to this case will unexpectedly be in training from March 15 to March 19, in addition to the large workload of the attorney.

///

///

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: March 10, 2010 | */s/ Ian M. Sammis\** |
| 3 |   | (* As authorized via fax dated March 10, 2010)<br>IAN M. SAMMIS<br>Attorney for Plaintiff |
| 4 |   |   |
| 5 | Dated: March 10, 2010 | JOSEPH P. RUSSONIELLO |
| 6 |   | United States Attorney<br>LUCILLE GONZALES MEIS |
| 7 |   | Regional Chief Counsel, Region IX<br>Social Security Administration |

*/s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

This will be the final extension of time to respond.

Dated: __March 11, 2010__   _____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

2