IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLISON C. PIERCE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
                                  /

No. C 09-02713 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on June 4, 2010 on Defendant Commissioner of Social Security Administration's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 27, 2010 and a reply brief shall be filed by no later than May 4, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE