IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISON C. PIERCE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
                                      /

No. C 09-02713 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, June 4, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 14, 2010

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California